UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER DAY, Defendant. | 4:20-CR-40026-LLP REPORT AND RECOMMENDATION |

This matter came before the court for a change of plea hearing on Wednesday, June 17, 2020. The defendant, Christopher Day, appeared by video and by his counsel, D. Sonny Walter, by video. The United States appeared by its Assistant United States Attorney, also by video.

The defendant consented in open court to the change of plea before a United States Magistrate Judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge. Further, the parties waived their right to object to the report and recommendation.

Defendant has reached a plea agreement wherein he intends to plead guilty to count 1 of the indictment which charges him with wire fraud in violation of 18 U.S.C. § 1343. At the hearing, the defendant was advised of the nature of the charges to which the defendant would plead guilty and the

maximum penalties applicable, specifically: 20 years' imprisonment; a $250,000 fine; or both; 3 years' supervised release; an additional 2 years' imprisonment if supervised release is revoked; a $100 special assessment; and $319,041.86 in restitution.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and that his plea of guilty to count 1 of the indictment is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense (in writing and as supplemented by defendant's testimony under oath at the change of plea hearing). It is my report and recommendation that the defendant's plea of guilty be accepted and that he be adjudged guilty of that offense.

DATED this 17th day of June, 2020.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge