UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 20-40026 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| CHRISTOPHER DAY, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant filed a Plea Agreement, Statement of Factual Basis, and a Plea Agreement Supplement. A hearing to take the plea was held before the Magistrate Judge on June 17, 2020, and Judge Duffy issued a Report and Recommendation that Defendant's plea be accepted and recommending to this Court that the Defendant be adjudged guilty as charged in Count 1 of the Indictment which charged him with wire fraud in violation of 18 U.S.C. § 1343. After a careful review of the file, and the parties having waived their right to object to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Christopher Day is adjudged guilty.

Dated this 24th day of June, 2020.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____